No. 05–5844. LIPANI v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–5846. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5847. DAVIS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 05–5848. CURTIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5850. LOPEZ CHIGANO v. LEWIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–5851. RUIZ-CAMARENA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5852. STERLING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5856. AGRAMONTE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 05–5861. MUSA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5862. PRIVETTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5863. ROBERTS v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Certiorari denied.

No. 05–5864. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5868. PATTERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5869. MENDOZA-MARTINEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–5870. DANIELS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5874. RICHARD, AKA CHEVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.